# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**ROGER DALE HILLMAN ET AL**          **CASE NO.  2:25-CV-00519**

**VERSUS**                            **JUDGE JAMES D. CAIN, JR.**

**VIKING TRANSPORT L L C ET AL**      **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion for Partial Summary Judgment

[doc. 27] be **GRANTED** and that judgment be entered for plaintiffs on the issue of liability.

**THUS DONE AND SIGNED** in Chambers on the 13th day of May, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**